IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3184 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DUNCAN AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff filed a motion to file an amended complaint on January 28, 2010. Filing No. 21. The defendant has filed no response to the motion, and the deadline for doing so has passed. The motion is therefore deemed unopposed.

Accordingly,

1) The plaintiff's motion to file an amended complaint, (filing no. 21), is granted.

2) The plaintiff's amended complaint, a copy of which is attached to plaintiff's motion, shall be filed on or before February 26, 2010.

DATED this 19th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge