IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3184 |
| | ) | |
| v. | ) | |
| | ) | |
| DUNCAN AVIATION, INC., | ) | AMENDED PROGRESSION ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' motion to continue the progression schedule for this case, (filing no 32), and the representations of their counsel during the telephonic hearing today,

IT IS ORDERED: The parties' motion, (filing no. 32), is granted, and the progression schedule is amended as follows:

a. A jury trial is set to commence on January 10, 2011. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge on December 30, 2010 at 10:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on December 29, 2010, and the draft order shall conform to the requirements of the local rules.

c. The discovery and deposition deadline is September 15, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d. Motions to exclude expert testimony on *Daubert* and related grounds must be filed on or before September 15, 2010.

e. The deadline for filing motions to dismiss and motions for summary judgment is September 22, 2010.

f. Motions in limine shall be filed five business days prior to trial.

July 9, 2010.                                BY THE COURT:

                                             s/ *Cheryl R. Zwart*
                                             United States Magistrate Judge