# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROYAL CROWN LTD.,  Plaintiff,  vs.  DUNCAN AVIATION, INC.,  Defendant. | Case No. 4:09-CV-3184  **ORDER** |

The motion to withdraw LeRoy W. Sievers as counsel for the plaintiff, (filing no. 34), is granted. Jeanelle R. Lust, Michael Khalili, and the Knudsen, Berkheimer, Richardson & Endacott, LLP remain counsel of record for the plaintiff.

Dated and filed this 12th day of July, 2010

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge