IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | 4:09CV3184 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DUNCAN AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the discussions with the court during the telephonic conference held today:

IT IS ORDERED:

1) The parties' joint motion to continue the trial, (filing no. 43), is granted, and

   a. The trial is set to commence on March 14, 2011 at 09:00 AM in Courtroom 4, Federal Building, 100 Centennial Mall North, Lincoln, NE before Senior Judge Warren K. Urbom.

   b. The Pretrial Conference before the undersigned magistrate judge will be held on February 24, 2011 at 9:00 a.m. The pretrial conference will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 23, 2011.

   c. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

2) The plaintiff's unopposed motion for leave to file an answer to defendant's counterclaim out of time, filing no. 44, is granted, and the plaintiff's answer to defendant's counterclaims shall be filed on or before November 29, 2010.

November 23, 2010.                    BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge