IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3184 |
| | ) | |
| v. | ) | |
| | ) | |
| DUNCAN AVIATION, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The discovery deadline is extended to May 17, 2011.

2) The trial and pretrial conference are continued pending further order of the court.

DATED this 18th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge