IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3184 |
| | ) | |
| V. | ) | |
| | ) | |
| DUNCAN AVIATION, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's unopposed oral motion to continue the pretrial conference (filing no. 57) is granted.

IT IS ORDERED:

a. The Pretrial Conference before the undersigned magistrate judge will be held on June 13, 2011 at 9:00 a.m. The pretrial conference will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 10, 2011.

b. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

DATED this 22nd day of April, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge