IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROYAL CROWN LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3184 |
| | ) | |
| v. | ) | |
| | ) | |
| DUNCAN AVIATION, INC., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Today, a Joint Stipulation for Dismissal With Prejudice was filed, filing 61, stating that "[t]he Plaintiff and Defendant hereby jointly stipulate and agree, pursuant to the Rules of Civil Procedure 41(a)(1)(ii) and (c) to dismissal of the Plaintiff's Causes of Action against the Defendant and dismissal of the Defendant's counterclaims against the Plaintiff, each with prejudice, each party paying their own costs."

    IT THEREFORE IS ORDERED that the plaintiff's causes of action against the defendant and the defendants' counterclaims against the plaintiff are dismissed, with prejudice, with each party paying its own costs.

    Dated June 7, 2011.

                                                      BY THE COURT

                                                      s/ Warren K. Urbom
                                                      United States Senior District Judge